**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RONNIE HALTON, ID # 11082665,** | ) | |
|     **Petitioner,** | ) | |
| **vs.** | ) | **No. 3:13-CV-3389-D** |
| | ) | |
| **LUPE VALDEZ, Sheriff,** | ) | |
|     **Respondent.** | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the August 26, 2013 findings, conclusions, and recommendation and the August 29, 2013 supplemental findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions, as supplemented, are correct.  It is therefore ordered that the findings, conclusions, and recommendation, as supplemented, of the magistrate judge are adopted, and this petition for a writ of habeas corpus is dismissed without prejudice for failure to exhaust state court remedies.

Considering the record in this case and pursuant to Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), the court denies a certificate of appealability.  The court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation filed in this case in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling."  *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

If petitioner files a notice of appeal,

( )      petitioner may proceed *in forma pauperis* on appeal.

(**X**)      petitioner must pay the $455.00 appellate filing fee or submit a motion to proceed *in*

forma pauperis*.

**SO ORDERED**.

September 27, 2013.

SIDNEY A. FITZWATER
CHIEF JUDGE